

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :   22-cr-00215 (JSR)
        -v-                         :
                                    :   ORDER
SUNI MUNSHANI                       :
                                    :
        Defendant.                  :
                                    :
------------------------------------x

3:23mc81 VAB

JED S. RAKOFF, U.S.D.J.

At the request of Protegrity USA ("Protegrity"), a victim of fraud in this case, the Clerk of Court is directed to issue to Protegrity's counsel a certified abstract of judgment in this matter.

SO ORDERED.

Dated:   New York, NY
         August 25, 2023                 _____
                                         JED S. RAKOFF, U.S.D.J.

ABSTRACT OF JUDGMENT

AUG 29 2023 PM 1:24
FILED-USDC-CT-HARTFORD

Re: United States v. Suni Munshani

Case Number: 1:22-cr-00215-JSR

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Suni Munshani<br>FMC Devens<br>42 Patton Rd,<br>Devens, MA 01434 | Protegrity, 333 Ludlow Street, South Tower, 8th Floor, Stamford, CT, 06902<br><br>and/or<br><br>United States of America<br>United States Attorney's Office for the Southern District of New York, 1 Saint Andrews Plaza, New York, NY 10007 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $10,485,043 | Attorney for Defendant:<br>Saimdh Jalem Guha<br>Perry Guha LLP<br>1740 Broadway, 15th Floor<br>New York, NY 10019<br><br>Attorney for Non-Party Victim, Protegrity:<br>Timothy Treanor<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br><br>Attorney for USAO-SDNY<br>Timothy Capozzi, AUSA<br>United States Attorney's Office<br>for the Southern District of New York<br>1 Saint Andrews Plaza<br>New York, NY 10007 | 4/18/2023 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York, New York
8/25/2023
RUBY J. KRAJICK, Clerk of Court

By, Deputy Clerk

AUG 29 2023 PM 1:25
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SUNI MUNSHANI

**Order of Restitution**

S1 22 Cr. 215 (JSR)

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Timothy V. Capozzi and Steven J. Kochevar, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Superseding Information (the "Information"); and all other proceedings in this case, it is hereby ORDERED that:

### 1. Amount of Restitution

SUNI MUNSHANI, the defendant, shall pay restitution in the total amount of $10,485,043 ($7,062,091, pursuant to 18 U.S.C. § 3663A(a)(1), and $3,422,952, pursuant to 18 U.S.C. § 3663A(a)(3)), to the victim of the offense charged in Count One. The name, address, and specific amount owed to the victim is set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of the victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

#### A. Joint and Several Liability

Restitution in the amount of $860,000 is joint and several with the following defendant in the following case: SURESH MUNSHANI, S2 22 Cr. 215 (JSR). The defendant's liability to pay this portion of the restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or the victim in Schedule A has recovered the total amount

of loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victim.

Restitution in the amount of $9,625,043 is not joint and several with other defendants or with others not named herein.

### 2. Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, the restitution owed will be payable in installments of at least 15 percent of the defendant's gross monthly income, beginning with the second month of the defendant's period of supervised release.

### 3. Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

### 4. Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's

2023.2.16                                           2

Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 5. Term of Liability

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).

### 6. Sealing

Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victim, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

SO ORDERED:

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

8/16/23
DATE

2023.2.16                                   3